BAXTER v. JONES

No. 113 PC.

Case below: 14 N.C. App. 296.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

BUILDERS SUPPLIES CO. v. GAINEY

No. 150 PC.

Case below: 14 N.C. App. 678.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 August 1972.

CONSTRUCTION CO. v. HAMLETT

No. 70 PC.

Case below: 14 N.C. App. 57.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

CONSTRUCTION CO. v. HOLIDAY INNS

No. 114 PC.

Case below: 14 N.C. App. 475.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

FOSTER v. POULTRY INDUSTRIES

No. 149 PC.

Case below: 14 N.C. App. 671.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.